1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY STUBBS, JR., individually and on behalf of all employees similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COVENANT SECURITY SERVICES, LTD., a corporation; COVENANT SECURITY SERVICES, LLC, a Limited Liability Company; COVENANT SERVICES WORLDWIDE, LLC, a Limited Liability Company; PHILLIPS 66 COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:15-cv-00888-JCS<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES<br><br>Complaint Filed: February 26, 2015<br><br>Initial Case Management Conference:<br>　　　July 24, 2015<br>Time:  2:00 p.m.<br>Ctrm:  G, 15th Floor |

1

CASE NO.: 3:15-cv-00888-JCS
[PROPOSED ORDER] GRANTING
PLAINTIFF'S MOTION FOR
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE AND
CORRESPONDING DEADLINES

GOOD CAUSE APPEARING, the Court continued the Initial Case Management Conference currently set for May 29, 2015 **to July 24, 2015**. The Court shall also continue the corresponding Meet and Confer, Initial Disclosures, Discovery Plan and ADR Deadlines as follows:

Date            Event

July 2, 2015    Last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- File ADR Certification signed by Parties and Counsel (form available at cand.uscourts.gov)
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at cand.uscourts.gov)

July 17, 2015   Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at cand.uscourts.gov)

July 24, 2015   INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 2:00PM in Ctrm G, 15th Floor, San Francisco

IT IS SO ORDERED.

DATED:  5/29/15          /s/ Joseph C. Spero
                         HON. JOSEPH C. SPERO
                         UNITED STATES MAGISTRATE JUDGE

1  Prepared by:

2  Roxanne A. Davis, SBN 132128
   DAVIS*GAVSIE & HAKIM, LLP
3  1755 Ocean Avenue, Suite 511
   Santa Monica, California 90401-3620
4  Telephone:  (310) 899-2059
5  Facsimile:   (310) 789-2249
   Roxanne@DGHLawyers.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO.: 3:15-cv-00888-JCS
[PROPOSED ORDER] GRANTING
PLAINTIFF'S MOTION FOR
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE AND
CORRESPONDING DEADLINES